IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SUSANNE ACENCIO, etal.,  )<br>  )<br>    Defendants.  )<br>_____) | **OLD** CASE NO.:<br>1:08-cv-00399-AWI-SMS<br><br>**ORDER OF RECUSAL**<br><br>**NEW** CASE NO.:<br>1:08-cv-00399-AWI-GSA<br>*****************************<br>Mandatory Scheduling Conference:<br>Old Date: 7/15/2008 (LJO)<br>**NEW DATE: May 28, 2008**<br>Time: 10:00<br>Ctrm. 10 - Judge Austin (GSA) |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that:

1. The undersigned recuses herself as the magistrate judge to whom this case is assigned;

2. This case be reassigned to the docket of Magistrate Judge Gary S. Austin, and that all future pleadings and/or correspondence

1

be hereinafter numbered as:

**1:08-cv-00399-AWI-GSA**

Counsel are advised that use of an incorrect case number, including the judges' initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer; and,

3. The Mandatory Scheduling Conference, currently set for July 15, 2008 at 8:15 a.m. in Courtroom No. 4 before Judge O'Neill, is continued to May 28, 2008 at 10:00a.m. in Courtroom No. 10 before Magistrate Judge Austin (GSA); parties may contact courtroom deputy Jeannie Vasquez for Judge Austin at 559-499-5962.

Counsel will be expected to fully comply with the requirements set forth in the Order Setting Mandatory Scheduling Conference, filed December 31, 2001, and, specifically, Exhibit "A" attached thereto, in preparing and filing a Joint Scheduling Report in proper preparation herefor.

IT IS SO ORDERED.

**Dated:   May 14, 2008**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

2