KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Telephone:  (916) 608-7995
Facsimile:   (916) 984-5775

Attorneys for Plaintiff
GEORGE S. LOUIE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br>    Plaintiff,<br>v.<br><br>SUSANNE ACENCIO d/b/a STATE FARM INSURANCE, et al.,<br><br>    Defendants. | Case No. CV-08-00399-AWI-GSA<br><br>JOINT NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ANDREA LAHOCKI ONLY; ORDER THEREON |

    COMES NOW, the parties to the above-captioned matter, and hereby files with the Court this Joint Notice of Dismissal with Prejudice as to Defendant ANDREA LAHOCKI only.  Each party to bear their own fees and costs.

    WHEREFORE, the parties move this Court for the entry of the Order set forth below.

Dated:  July 10, 2008   By:  /s/ Keith D. Cable
                             KEITH D. CABLE
                             Attorney for Plaintiff

Dated:  July 10, 2008   By:  /s/ Andrea Lahocki
                             ANDREA LAHOCKI
                             Defendant

**ORDER**

Having read the foregoing Joint Notice of Dismissal with Prejudice as to Defendant ANDREA LAHOCKI, and good cause appearing therefore, it is ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice as to Defendant ANDREA LAHOCKI only, with each party to bear their own fees and costs.

IT IS SO ORDERED.

**Dated:   July 11, 2008**                             /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE