# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>Plaintiff,<br><br>v.<br><br>SUSANNE ACENCIO, d/b/a STATE FARM INSURANCE, et al.,<br><br>Defendants. | 1:08-cv-399-AWI GSA<br><br>ORDER RE: EVIDENTIARY HEARING |

On July 2, 2008, Chief District Court Judge Anthony Ishii referred Defendant's Motion to Dismiss based on Vexatious Litigation to this court to conduct an evidentiary hearing. Accordingly, the evidentiary hearing will be held on Tuesday, September 9, 2008 at 10:00 am in Courtroom 10. Pursuant to Judge Ishii's order, the parties shall present evidence regarding the declarations filed by George Louie, ("Plaintiff") and Ms. Raney regarding whether Ms. Raney encouraged the plaintiff to file additional lawsuits against State Farm Insurance offices.

Additionally, the court notes that in Molski v. Evergreen Dynasty Corp., 500 F. 3d 1047, 1057 (9th Cir. 2007) (citing De Long v. Hennessey, 912 F. 2d 1144, 1146 (9th Cir. 1990), the

1

1  Ninth Circuit outlined four factors that district courts should use when imposing a pre-filing
2  order on a vexatious litigant.  These factors are : 1) that Plaintiff be given  notice and an
3  opportunity to be heard, 2) there is the creation of an adequate record, 3) that the court makes
4  findings of frivolousness or the harassment nature of the litigant's actions, and 4) that the order
5  be narrowly tailored to prevent the litigant's abuse behavior.  The parties are advised that the
6  evidence presented at the hearing shall focus on all of the elements of this test.  In light of the
7  analysis in <u>Molski</u>, the court is especially interested in information regarding the contents of
8  Plaintiff's complaints filed in other cases.  Additionally, the court is interested in information
9  regarding what injuries Plaintiff has suffered as a result of the violations alleged in the complaint,
10 as well as any evidence related to damages resulting from those injuries. <u>Molski v. Evergreen
11 Dynasty Corp</u>., 500 F. 3d at 1056-1062.

12     If the parties have a conflict with the time and date of this hearing, the parties are directed
13 to meet and confer and contact Jeannie Vasquez, Courtroom Deputy with a proposed date and
14 time for this hearing.

15     IT IS SO ORDERED.

16     **Dated:   July 23, 2008**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2