JULIE RANEY (SBN 176060)
ANN TAYLOR SCHWING (SBN 91914)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants

KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Phone: 916.608.7995
Fax:    916.984.5775

Attorneys for Plaintiff George S. Louie

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| GEORGE S. LOUIE, | ) | Case No. 1:08-CV-00399-AWI-GSA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR REQUEST OF CONTINUANCE OF EVIDENTIARY HEARING** |
| v. | ) | |
| SUSANNE ACENCIO d/b/a STATE FARM INSURANCE, et al. | ) | |
| Defendants. | ) | |

Currently pending before this Court is Defendants' Motion to Dismiss Based on Vexatious Litigation.  The motion has been set for an evidentiary hearing on September 9, 2008 at 10:00 a.m.

Defendants noticed Plaintiff's deposition for August 19, 2008 and served a document demand.  On August 12, 2008, Plaintiff's counsel notified Defendants' counsel that due to a recent hospitalization, Plaintiff was unable to appear for his deposition.  On August 21, 2008, Plaintiff's counsel advised Defendants' counsel that Plaintiff would be available for his deposition on September 2-5, 2008.  Defendants' counsel is not available on these dates.  The parties are working diligently to arrange for an alternative date in the month of September.



Accordingly, the parties, through their undersigned counsel, stipulate to and request that the hearing set for September 9, 2008 be continued to permit Defendants to depose Plaintiff and obtain the documents requested. The parties request that the hearing be reset on one of the following dates: October 16, 22, 23, or 29.

DATED: August 28, 2008                McDONOUGH HOLLAND & ALLEN PC
                                      Attorneys at Law


                                      By:     */s/ Julie Raney*
                                              JULIE RANEY

                                      Attorneys for Defendants Susanne Acencio, Tom Wright, Steven Armendarez, Fred M. Landucci, Abir M. Pulskamp, Mike Hays, Leck Franks, Robert E. Silva, Steve Radcliffe, Ernie Munday, Marc Bomarito, Jim Parsley, Sr., Jeremy Seibert, Elaine Rider, Terry Solano, Emerson Uyematsu, Brad K. Briggs, Brad Board, Mike Harrell, Charlie Torres, Sherrie Munday, Rose Quinonez, Jeremy Scheidle, Mike Alexander, Marie Neel, Nathan Ortiz, Mike Brazzell, Terry Cummins and Saif Ahmad

DATED: August 28, 2008                CABLE LAW OFFICES


                                      By:     */s/ Keith D. Cable*
                                              KEITH D. CABLE

                                      Attorneys for Plaintiff George S. Louie


## **ORDER**

Having read the foregoing Stipulation and good cause appearing, IT IS ORDERED that the evidentiary hearing will be held on **Wednesday, October 22, 2008 at 10:00**. A pre-hearing conference will be held on **Wednesday, October 1, 2008 at 2:00**. All hearings will be held in Courtroom 10.

Dated : August 29, 2008                                Gary S. Austin
                                                       United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com