# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, ) | 1:08-cv-399-AWI GSA |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER RESCHEDULING HEARING |
| ) | DATE FOR PREHEARING CONFERENCE |
| ) | |
| SUSANNE ACENCIO, d/b/a STATE FARM ) | |
| INSURANCE, et al., ) | |
| ) | |
| Defendants. ) | |

On August 29, 2008, this court issued an order rescheduling the evidentiary hearing in this matter to **October 22, 2008 at 10:00 am.** A pre-hearing conference was scheduled for **October 1, 2008 at 2:00 pm.** This order was issued pursuant to a stipulation of the parties that the Plaintiff would be deposed and would be providing documents to Defendants.

On September 10, 2008, Defendants filed a Motion to Compel seeking responses to a production of document request as well as the taking of Plaintiff's deposition in a related case, George Louie v. Frank Krum et al., 08cv180 AWI GSA. The Motion to Compel is currently

1

scheduled for **October 10, 2008 at 10:00 am.** (Doc. 25).

In an effort to effectively utilize the court's time and not disturb the existing evidentiary hearing date, the Prehearing Conference in this matter will be held on **October 3, 2008 at 9:30 am.** The court notes that no Motion to Compel has been filed in the instant case, however, since this case is related to George Louie v. Frank Krum et al., 08cv180 AWI GSA, the pre-hearing conferences will be held at the same time. The parties may appear telephonically and can contact Courtroom Deputy, Jeannie Vasquez to make those arrangements if necessary. Accordingly, IT IS HEREBY ORDERED that :

1) The pre-hearing conference scheduled for **October 1, 2008 at 2:00** is VACATED and rescheduled to **October 3, 2008, at 9:30 am**;

2) The evidentiary hearing set for **October 22, 2008 at 10:00 am** will proceed as scheduled; and

3) All hearings will be held in Courtroom number 10.

IT IS SO ORDERED.

Dated:   **September 16, 2008**                    /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE