# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, ) | 08-cv-399 AWI-GSA |
| ) | |
| Plaintiff, ) | **ORDER RESCHEDULING** |
| v. ) | **EVIDENTIARY HEARING** |
| ) | |
| SUSANNE ACENCIO, d/b/a STATE FARM ) | |
| INSURANCE, et al., ) | |
| Defendants. ) | |

On October 3, 2008, a prehearing conference was held. On September 10, 2008, Defendants filed a Motion to Compel seeking responses to a Production of Documents Request, as well as the taking of Plaintiff's deposition in a related case, George Louie v. Frank Krum et al., 08cv180 AWI GSA. Plaintiff has asserted a Fifth Amendment privilege in response to the Motion to Compel and additional briefing is warranted. As a result, the evidentiary hearing scheduled in this case for October, 22, 2008 at 10:00 is VACATED. The evidentiary hearing is rescheduled for November 18, 2008, at 9:30 am in Courtroom 10. Any witnesses who will be appearing at the hearing must be disclosed to opposing counsel no later than Wednesday, October 8, 2008. All discovery related to the those witnesses must be completed no later than October 29, 2008.

IT IS SO ORDERED.

1

1

**Dated:**   **October 7, 2008**           **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE