IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,                                    )            1:08-cv-399 AWI GSA
                                                 )
                                                 )            **ORDER TO SHOW CAUSE**
                                                 )
                                                 )
                    Plaintiff,                   )
                                                 )
        vs.                                      )
                                                 )
                                                 )
SUSANNE ACENCIO et al.,                          )
                                                 )
                    Defendants.                  )
_____)

        On October 10, 2008, Plaintiff filed a Notice of Settlement.  Based on counsel's

representation that this case settled, this court vacated several dates including an evidentiary hearing

on Defendants' Motion to Dismiss.  This motion has been pending for several months.  On October

14, 2008, this court issued a minute order requiring that dispositional documents were to be filed no

later than October 31, 2008.  To date, nothing has been filed in response to the court's order.

Therefore, Plaintiff is ordered to show cause, why the action should not be dismissed for failure to

comply with the October 14, 2008 minute order.

        Within ten (10 days) of this order, Plaintiff is ORDERED to either : 1) file the dispositional

documents,  or 2) file a written response to this Order to Show Cause.  Failure to respond to this

Order to Show Cause within the time specified will result in dismissal of this action.

        IT IS SO ORDERED.

        **Dated:   November 10, 2008**          _____/s/ **Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE

1